UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

        Plaintiff,

v.

DAVID SCOTT BOWDICH,

        Defendant.

Case No. 12-CR-13-JPS

ORDER

        On February 21, 2012, Magistrate Judge Nancy Joseph issued a report and recommendation (Docket #13) recommending that the defendant's motion to dismiss Count One (Docket #10) be denied. Under our local rules and the Federal Rules of Criminal Procedure, parties have fourteen days to object to such recommendation. Gen. L.R. 72(c), Fed. R. Crim. P. 59(a).

        Fourteen days having passed and this Court having received no objections, the Court will now adopt Judge Joseph's recommendation.

        Accordingly,

        IT IS ORDERED that the Magistrate Judge Joseph's recommendation (Docket #13) be and the same is hereby ADOPTED and the defendant's motion to dismiss Count One (Docket #10) be and the same is hereby DENIED.

        Dated at Milwaukee, Wisconsin, this 12th day of March, 2012.

BY THE COURT:

J.P. Stadtmueller
U.S. District Judge